1  Rick Lee Daugherty (Full Name)
2  900 N. Alameda St. (Address Line 1)
3  Po Box 86601 LA, CA 90086 (Address Line 2)
4  213-393-7631 (Phone Number)
5  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rick L. Daugherty,
    Plaintiff,
vs.
L.A.P.D. Officers
Steven Saletros #13247
Sgt. W. Flores #33466
Doe's 1-10
    Defendant(s).

Case No.: CV15-06113-RSWL (RAO)
(To be supplied by the Clerk)

Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)

Jury Trial Demanded: ☒ Yes   ☐ No

(All paragraphs and pages must be numbered.)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because The Events giving rise to this complaint happend in this District.

01

Pro Se Clinic Form                      Page Number

## III. PARTIES

3. Plaintiff Rick L. Daugherty (your full name) resides at:
900 N. Alameda St. Unit 86401
Los Angeles CA. 90086
(your address)

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant L.A.P.D. Sgt. W. Flores #33465 works at
(full name of Defendant)
Los Angeles Police Department.
(Defendant's place of work)

Defendant's title or position is Sargent L.A.P.D
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity           ☒ official capacity

This Defendant was acting under color of law because: Sargent W. Flores is a Los Angeles Police Officer. Reper & Representing Police Policies.

5. Defendant Steven Saletros works at
(full name of Defendant)
Los Angeles Police Department.
(Defendant's place of work)

Defendant's title or position is Lead Officer L.A.P.D
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☒ individual capacity           ☒ official capacity

This Defendant was acting under color of law because: Lead Officer Steven Saletros. was Representing as a L.A.P.D. Officer & Their Policyes.

02
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant **Doe #1** works at (full name of Defendant)
**L.A.P.D.**
(Defendant's place of work)

Defendant's title or position is **Los Angeles Police Officer**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☒ individual capacity    ☒ official capacity

This Defendant was acting under color of law because **He was Acting Under Los Angeles Police Department Policies.**

___. Defendant **Doe #2** works at (full name of Defendant)
**L.A.P.D.**
(Defendant's place of work)

Defendant's title or position is **Los Angeles Police Officer**
(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):
☒ individual capacity    ☒ official capacity

This Defendant was acting under color of law because **He was Acting Under Los Angeles Police Depart Policies.**

03
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. On Sunday February 16, 2014 around 1:00pm, I was eating my lunch getting ready to take my medication, for a Congestive Heart Failure, Cardiovascular disease, Hypertension Type 2 diabetes, Nerve & Neck Damage Lungs - Toxic Poison #4&5 Back vertebrays & stress. My Health is falling. So I trying to relax when I look up and see two L.A.P.D. cars pulling up to the Park. I Think

___. Nothen about it then three officer get out off them and walk into the park together then the officers started asking people for their identification officer Doe walked over to me as I said hello officer Here is my I.D. He noded and took my I.D. called it in Then He wrote down my information. Senior officer Steven Saletros walks over to us look at

___. Me and says you have bulges in your Pockets I'm going to search you! I said no your not. You have no rights to touch me at all. Your officer has my I.D., I am not on paroll, I'm not on Probation, no wants or warrants. Lead officer Steven Saletros #13247 said you think I believe you! I said it dont matter if you believe me or not your officer is running my I.D. I don't get why I'm the only one you officers

4
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. are TREATING Like This - I Fell like Im Being Profiled! You Did NOT check ANYONE else Like This, I ASKed WAS Their A complaint maid About This PARK? OR Did Someone complain About me OR A black MAN IN This PARK Doing Something WRONG OR illegal mAbe Suspicious?!. LeAD OFFicer Steven SALeTROS SAiD NO. BuT I See bulge ANd You Could Have A wepponce. I ASKed Did ANyone

___. CALL IN To The LAPD. SAying Their iS OR WAS A blACK MAN IN The PARK with A WePponce He SAiD NO! Then YouR NoT going To PuT YouR HANds on me. TAking Away my Civil Rights Then I SAiD YouR Profiling. He SAiD I Do CARE Im going To check you I See Bulges I SAiD I Could Be HAppy To See You! - He Then CAME AT ME, I Stepped BAck words AND He

___. CAMe AT me AgAin - So I moved He Yeled STop moving ANd Stepped AT me AgAin So I Moved BAck AgAin Now Im Between The Two OFFicer (Doe & SALeTROS) He Yeled AgAin STop moving ANd pointed His Finger Like He WAs About To ATTAce Me AND I could NoT See The To Does oFFicer Behind ME I could NoT Rcsk A COM fruition So I Let He APPRoach me Then He GRAbed my Left ARM AND Jerked iT

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. *Insert ¶ #* UP Behind My Head And Did The Samething To The Right Side Then Locking My Fingers Together (I Have Carpal Tunnel Syndrome in Both Right And Left Hands) Then Pulling Me Back Kicking My Legs Apart Shouting Open your Legs! I yell Back I Can't I'm Injurd I Can't move In This Position. Then Lead Officer Steven Saletros Pulled me Back By my Hair And Hands Snatching

___. *Insert ¶ #* My Head And Neck Back & Down Making Me Dizzy Seeing Stars & Exstem Pain All Over My Body. The Pulling me Lower while He Went Through my Pockets only To Find Rear Pockets My Wallet - Front Right Pockets Eye Glass & Case & Left Pockets My Cell Phone He Tossed All of Them To The ground Then Pulled Me Back Lower And Pat Down To My Cafes. Then Lead Office

___. *Insert ¶ #* Steven Saletros Push Me Away! I Buckled Down On one Knee Reaching on The ground for Support And My Belongings and I Said Wait Picking up My Stuff And of That Just for This Then Lead Officer Steven Saletros Said "O" "you Like That?! Then He Turned Around Charging At Me while My Back was Turned Grabed By My Arm And Re Did



___. The SAME Thing OVER BUT This Time He WAS MORE Aggressive & With His OPENED HAND He HIT MY BODY From MY UPER ExTremities To The Lower Knees. And Shoved me AWAY Then WALKED off Smerking AND Smileing AND said How Did You Like That ONE?!" I LEAN OVER AND Picked UP MY Belongings. Then LEAD OFFICER STEVEN SALETROS

___. SAID WHAT! YOU WANT MY BAGE Number? I SAID Yes. He Shooted iT OUT. Then He SAID You WANT MY DRIVER License NUMBER? How About MY S.S.I.? MY VISA OR MASTER CARD Yelling This OUT while The Two OFFICER That CAME With Him Did Nothen. BUT look on HAVEING HIS BACK. Then LEAD officer SAID Do You WANT To Talk To MY SARGENT?! HES ON HIS WAY!

___. MAYBE you WANT his BAGE NUMBER Too! I Told LEAD OFFICER STEVEN SALETROS That when I get MY IDENTIFICATION BACK From His OFFICER I WAS going To The HOSPITAL OFFICER SALETROS SAID Do YOU WANT ME TO CAll A Bus for You?! Hell I Call you AMBULANCE Laughing out Loud. He Then ASK OFFICER DOE WHAT with ME?



1. OFFicer Deo Said Im Clear lead office Saletros Told officer Doe To Release my I.D. He did ANd I went To The Hospital. I Did NOT See Any Sargent On The Seen. On This Matter is This The Los Angeles Police Departments Policies On Representing Themself on The Fourth AMENdMENT?

10. Brutality Unreasonable Search & Seizures Of The United States Constitution?!

# IV . STATEMENT OF FACTS #2
(FIFTH AMENDMENT 29:28- Outrageous Police Conduct)

After I told Lead Officer Steven Saletros that I was injured and could not move in the way he was lifting & pulling my body around kicking my legs open ( Apart ) After he search me , I said you did all of this just for that he turned right around and stormed back at me and did the same thing over but with more aggressiveness .with his opened hand from my neck to the knees and then push me away by my head. (this can only called Police Brutality ) By Excessive Force . The Defendant used excessive force Twice in searching roughly while Denial of the CONSTITUTIONAL DUE PROCESS .
In the processes of this Outrageous Police Misconduct , if I would Defended myself if not ending in Death- then Battery on A police officer penal code 243. 10.000 dollars fine & 4 years in county jail. Lead Officer Steven Saletros should not be in A place of authority his miss use and wreck less ness of Authority bullying civilians could end up in Death! Not just los of life to civilians but to Law Enforcement as well .
( THE SKIN THAT I'M IN IS KNOT A CRIME !)

Obstructing Of Justice
    The Three LAPD Officers on site when this outrageous miss conduct took place know incident report was filed .
Lead officer Steven Saletros Outrageous Police Conduct said his Sgt. was on his way to the seen so were is the police report ? And who is the Sgt. that came out?

UNIT 1L70 -LAPD

Sgt. W. Flores #33465
On 04-01-2014 I went to make a police brutality complaint and ending up talking to A Sgt. W. Flores in regards that took place with Lead Officer Steven Saletros . Sgt. W. Flores said that he could knot find any report on the matter . we talked and I told him everything leading up to the bullying and outrageous conduct of officers and he told me he felt that his officer was well with in their rights to do what they did . Sgt. W. Flores said look at it from the officer point of view- your A big guy and I hate to say but your Black ! So because i.m tall and of color I don't get any CONSTITUTIONAL RIGHTS ? That's Discrimination & Obstruction of Justice , race profiling now more then ever I am in fear for my life ! Police coving up Racially motivated misconduct & miss dealing to Duty to Investigate law enforcement . who can the people trust ? AND WHY ?!.

## Claim #( I )
(insert Claim#)

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

(List any other legal claim you have that is related to your civil rights claim.)

___. The Fourth Amendments: The Bill of Rights
*Insert ¶ #*
2:23 Illegal Search And Seizure & The Right To Privacy
2:18 Excessive Force & Physical Brutality
Outrageous Police Conduct

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*
Lead Officer Steven Saletros of The L.A.P.D Bage #13247
Sargent W. Flores of The L.A.P.D.    Bage #33465
Does 1-10  L.A.P.D.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)

___. Fourth Amendments Bill of Rights - 2:23 Right To Privacy
*Insert ¶ #*
Illegal Search And Seizure - 2:18 Excessive Force & Physical
Brutality - Outrageous Police Conduct Are The Claims Maid For
Lead Officer Steven Saletros Bage # 13247 - L.A.P.D.
Failer To Intervene - Does 1-10 - L.A.P.D.
2:12 Faile To: Duty To Investigate Complant is on
Sargent W. Flores   Bage # 33465   L.A.P.D.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
Hospitalize Because of Injurys from The Police Actions
And Need Surgery To my Neck. C4 & C5 Vertebral
bodies - Stress - Mental Anguish & On Going injurys
Behind The Policies of L.A.P.D. & Missconduct.

10

Pro Se Clinic Form    Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

7:12. *Compensation: Financial - Punitive Damages Pain & Suffering - Injurys Mental Anguish - Stress Excessive force - Physical Brutality*

____. *Police Misconduct* All Officer Be Fired from The Los Angeles Police Department Because of Their Own Actions. & The Distrust They Put on Law Enforcement.

____. *And Or Be Taken Out of Position of Power, Dealing with Any Civilens.*

Pro Se Clinic Form

11

Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 8-12-2015

Sign: _R. L. Daugherty_

Print Name: Rick L. Daugherty

Civil Rights Complaint Pursuant to U.S.C. § 1983

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Rick L. Daugherty

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

LAPD. Officers
Steven Salcidos #13247
W. Flores #33466
Does #1-10

**(b) County of Residence of First Listed Plaintiff** Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

Rick L. Daugherty
400 N. Alameda St. P. Box 86401
Los Angeles CA. 90086

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 1.5 million

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. 1983 Civil Rights Complaint

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☒ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV15-06113

CV-71 (10/14)  CIVIL COVER SHEET  Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☒ Yes ☐ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☒ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Western Division |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (10/14)           CIVIL COVER SHEET           Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

A civil forfeiture case and a criminal case are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: 8-12-2015

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |