1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   RICK LEE DAUGHERTY,                    Case No. CV 15-06113 DSF (RAO)

12            Plaintiff,

13        v.                               ORDER ACCEPTING REPORT
                                           AND RECOMMENDATION OF
14   STEVEN SALETROS, et al.,              UNITED STATES MAGISTRATE
                                           JUDGE
15            Defendants.

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the

18   other records and files herein, and the Report and Recommendation of United

19   States Magistrate Judge ("Report").  The time for filing objections to the Report has

20   passed, and no objections have been filed.  The Court hereby accepts and adopts the

21   findings, conclusions, and recommendations of the Magistrate Judge.

22        IT IS HEREBY ORDERED that this action is dismissed without prejudice.

23            12/22/16

24   DATED: _____

25                                          DALE S. FISCHER
                                            UNITED STATES DISTRICT JUDGE
26
27
28