UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK LEE DAUGHERTY, | Case No. CV 15-06113 DSF (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| STEVEN SALETROS, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

12/22/16

DATED: _____     _____
                                 DALE S. FISCHER
                                 UNITED STATES DISTRICT JUDGE